**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1900**

In re:  RONALD WAYNE WALKER, SR; LISA ANN WALKER; JANET M.
NESSE,

                    Debtors,

-----------------------------------

            v.

ELIZABETH ANNE REEVES, Counsel for Debtors,

                    Debtor – Appellant,

            v.

UNITED STATES TRUSTEE,

                    Trustee – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.    Alexander  Williams,  Jr.,  District
Judge.   (8:12-cv-00918-AW;  11-19737;  11-20840;  11-26340;  12-
11149)

Submitted:  November 20, 2012        Decided: November 26, 2012

Before  TRAXLER,  Chief  Judge,  and  SHEDD  and  FLOYD,  Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Elizabeth Anne Reeves, Appellant Pro Se.  Robert Joseph Schneider, Jr., UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Gerard Richard Vetter, OFFICE OF THE UNITED STATES TRUSTEE, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Anne Reeves appeals the district court's orders: (1) dismissing her appeal from the bankruptcy court's order for failure to comply with Bankr. R. 8009; and (2) denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Reeves v. United States Trustee, Nos. 8:12-cv-00918-AW; 11-19737; 11-20840; 11-26340; 12-11149 (D. Md. June 6, 2012; June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3